UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS HAMID TAVAKOLIAN, | No. 5:23-cv-01619-JC |
| Plaintiff, | |
| v. | **JUDGMENT OF REMAND** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved Defendant's Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: December 13, 2023

/s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE